AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 20-mj-6578-AOV |
| ERNEST THOMPSON, | ) |
|  | ) |
|  | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 23-24, 2020**, in the county of **Broward** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Hobbs Act robbery |
| 18 U.S.C. § 924(c)(1)(A)(ii) | Brandish a Firearm During a Crime of Violence |
| 18 U.S.C. §§ 922(g)(1), 924(e)(1) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Justin Herzlich, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence in accordance to the requirements of Fed. R. Crim. P. 4.1 by **FaceTime**.

Date: **November 6, 2020**

_____
Judge's signature

City and state: **Fort Lauderdale, Florida**    Alicia O. Valle, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Justin Herzlich, being duly sworn, deposes and states:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since approximately 2007. Some of my responsibilities include investigating violations of federal law, including the Gun Control Act. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18 of the United States Code.

2. This affidavit is being submitted in support of a criminal complaint which charges **Ernest Thompson** with violations of Title 18, United States Code, Sections 1951(a) (Hobbs Act robbery); 924(c)(1)(A)(ii) (brandishing a firearm during a crime of violence); and 922(g)(1) and 924(e)(1) (possession of a firearm by a convicted felon).

3. I submit this Affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, it does not include every fact known to me about this matter.

## PROBABLE CAUSE

4. On or about October 23, 2020, at approximately 9:35 PM, a black male – believed to be Ernest Thompson – entered the Walgreen Liquor Store, located at 2355 N. Federal Highway, Fort Lauderdale, Florida. At the time of his entry, Thompson wore a black mask, a black t-shirt, black shorts, and a black cap with a gold brim and reflective sticker. After entering the store, Thompson implied that he had a firearm by holding his left hand in his waistband. He then directed

the cashier to open the door that restricts access to the area behind the register counter by stating, "Open the door or I'll shoot." Thompson then directed the cashier to open the register. After the cashier complied, Thompson stole approximately four hundred dollars ($400.00) before departing the store. The Fort Lauderdale Police Department (FLPD) Crime Scene Unit subsequently responded and processed the scene for latent prints, including the register drawer and plastic door that Thompson touched with his bare hands during the robbery.

5. On or about October 24, 2020, at approximately 6:56 AM, a black male – believed to be Thompson – entered the Chevron gas station located at 3990 W. Oakland Park Blvd, Lauderdale Lakes, Florida. At the time, Thompson wore a black mask, a black t-shirt, black shorts, black shoes, sunglasses, and a black cap with a gold brim and reflective sticker – similar to the attire worn during the Walgreen Liquor Store robbery (see Paragraph 4). After entering the gas station, Thompson grabbed a drink from the cooler before approaching the front counter. Upon reaching the counter, Thompson pulled out a black revolver from the left side of his waistband with his left hand and demanded the money from the register. The clerk, who was behind bullet-resistant glass, ducked behind the counter and hit the panic button. This prompted Thompson to flee from the store in a newer-model white Ford Ranger pickup truck (unknown tag).

6. On or about October 24, 2020, at approximately 7:01 AM, a black male – believed to be Thompson- entered the Race Trac gas station, located at 3290 W. Oakland Park Blvd, Lauderdale Lakes, Florida wearing a black t-shirt, black shorts, and a black cap with a gold brim and reflective sticker. Thompson approached the counter and asked the clerk for two packs of Newport cigarettes. While the clerk was retrieving the cigarettes, Thompson produced a black revolver from the left side of his waistband with his left hand. He then demanded the money from the till. After stealing two hundred and ninety seven dollars ($297.00), Thompson fled from the

gas station and entered a white Ford Ranger pickup truck, identical to the one used after the attempted robbery of the Chevron gas station earlier that day (see Paragraph 5).

7. On October 24, 2020, at approximately 12:33 PM, a black male – believed to be Thompson – entered the Subway restaurant located at 2863 W. Sunrise Boulevard, Fort Lauderdale, Florida. At the time, Thompson wore a black mask, a red Nike t-shirt, black shorts, and a black cap with a gold brim and reflective sticker. Thompson waited in line and ordered a sandwich. Upon approaching the register, Thompson pulled out a black revolver with his left hand from the left side of his waistband. He then demanded the money from the register. Thompson stole approximately one hundred and seventy-three dollars ($173.00) and the sandwich before fleeing from the store.

8. On or about October 24, 2020, at approximately 5:29 PM, a black male – believed to be Thompson – exited a white Ford Ranger pickup truck from the front passenger seat before entering the Walgreens, located at 3099 N. SR 7, Lauderdale Lakes, Florida. At the time, Thompson wore a black mask, a black t-shirt, black shorts, and a black cap with gold brim and reflective sticker. While inside, Thompson picked up two bags of candy and a can of soda before standing in line for approximately six minutes. Upon reaching the counter, Thompson directed the cashier to retrieve Newport cigarettes for him. While the cashier was retrieving the packs of cigarettes, Thompson pulled out a black revolver from the left side of his waistband with his left hand and pointed it at the cashier. Thompson then stole approximately four hundred dollars ($400.00) from the register. He then exited the store, entered the front passenger seat of a white Ford Ranger pickup truck, and fled.

9. On or about October 24, 2020, at approximately 11:41 PM, a black male – believed to be Thompson – exited the front passenger seat of a white Ford Ranger pickup and entered a 7-

Eleven, located at 1981 S, SR 7, Fort Lauderdale, Florida. At the time, Thompson wore sunglasses, a black mask, a black t-shirt, black shorts, black sneakers, and a black cap with gold brim and reflective stickers. Thompson grabbed two drinks from the cooler and approached the front counter before asking the clerk for a pack of Newport cigarettes. As soon as the clerk turned around to retrieve the cigarettes, Thompson produced a black revolver from the left side of his waistband with his left hand and pointed it at the clerk. Thompson then directed the clerk to give him the money from the register. While looking at the suspect, the clerk noticed that there were no bullets in the cylinder of the revolver. The clerk subsequently locked the suspect inside the store, armed himself with a large knife, and told Thompson that he (the clerk) was calling the police. Thompson continued to point the revolver at the clerk before kicking the front door open. Thompson then walked over to the white Ford Ranger waiting for him and entered the front passenger side of the vehicle. Before the vehicle departed from the scene, the clerk ran up to the truck and struck the vehicle with his knife.

10. While responding to the scene, law enforcement learned from a witness of the 7-Eleven robbery described in paragraph 9 that the characters "S38" appeared on the getaway vehicle's tag. Law enforcement ultimately determined that the full tag was "BPH-S38" based on tips that law enforcement had received when it issued a BOLO (Be on the Lookout) earlier that day in response to the Walgreen Liquor Store robbery (see Paragraph 4). Within approximately five minutes after dispatch advised officers of the full tag number, FLPD officers located the white Ford Ranger and initiated a traffic stop at 3105 NW 2nd Street, Lauderhill, Florida. At the time of the traffic stop, there were two black males in the vehicle: S.H. was the driver and Thompson was in the front passenger seat. Thompson was wearing a black t-shirt and black shorts. In plain view on the passenger side of the dashboard was a black Miami Heat cap with a gold brim and reflective

sticker. Law enforcement conducted a show-up of both Thompson and Henry to the 7-Eleven clerk (see Paragraph 9). The clerk positively identified Thompson and Henry. Law enforcement took Thompson into custody. During a post-Miranda interview, Thompson stated that he had been with Henry for the past two to three days and both were on a crack cocaine binge. When law enforcement showed still photographs of the robber from the incidents identified in paragraphs 4 through 9 to Thompson, he denied they were of himself.

11.     The Broward Sheriff's Office (BSO) Crime Scene Unit responded to the scene of the traffic stop (see Paragraph 10) and photographed the vehicle. Prior to having the vehicle towed, BSO deputies inventoried it. During the inventory search, the deputies found an Arminius Arms .45 caliber revolver, black in color, bearing serial number P8719, underneath the front passenger seat where Thompson had been sitting. Law enforcement seized on scene for safety.

12.     On or about October 26, 2020, law enforcement executed a state search warrant on the white Ford Ranger. During the search, law enforcement recovered a pair of sunglasses, a black Miami Heat cap with gold brim and reflective sticker, and an Avis rental agreement in the name of Sam Henry. Law enforcement also observed damage to the frame of the white Ford Ranger consistent with the 7-Eleven clerk's knife striking it (see below):




13. FLPD received a latent prints match from the October 23, 2020, armed robbery of the Walgreen Liquor Store (see Paragraph 4). The latent prints from the plastic divider matched a known sample taken from Thompson.

14. Each of the businesses identified in paragraphs 4 through 9 engaged in business activities that affected interstate commerce, including the purchase and sale of goods that have moved in interstate commerce. Due to the robberies and attempted robberies identified in paragraph 4 through 9, including the threats made to the store employees, the named businesses were unable to engage in the normal course of business and the criminal conduct in question obstructed, delayed, interrupted, and affected interstate commerce.

15. Prior to his arrest on October 24, 2020, Thompson had previously been convicted of an offense punishable by imprisonment for a term exceeding one year, that is, a felony. For example, in 1999, Thompson received a sentence of thirty-three (33) months' imprisonment for possession/sell/deliver cocaine within 200 feet of a park; thus, at the time of his possession, he knew that he was a convicted felon. Thompson has not had his civil rights restored nor had he received a pardon for any of his prior felony convictions.

16. Based on your affiant's training and experience, the Arminius Arms .45 caliber revolver seized during this investigation was manufactured outside the State of Florida and thus, must have traveled in and affected interstate commerce prior to Thompson's possession of it.

[INTENTIONALLY LEFT BLANK]

## CONCLUSION

17. Based on the aforementioned facts, I respectfully submit that there is probable cause to support the arrest of **ERNEST THOMPSON** for committing violations of Title 18, United States Code, Sections 1951(a) (Hobbs Act robbery); 924(c)(1)(A)(ii) (brandishing a firearm during a crime of violence); and 922(g)(1) and 924(e)(1) (possession of a firearm by a convicted felon) between October 23, 2020, and October 24, 2020.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
JUSTIN HERZLICH, SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __FACTIME__ on this __6th__ day of __November__, 2020.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

7